IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**MESSAGEONE INC.,**
        **Plaintiff,**

-vs-                                        Case No.  A-07-CA-671-SS

**ONESUITE CORPORATION,**
        **Defendant.**

### ORDER OF DISMISSAL

BE IT REMEMBERED on the 21st day of December 2007 the parties in the above-captioned case filed a stipulation for dismissal with prejudice and, therefore, the Court enters the following:

IT IS ORDERED that the above-styled and numbered cause be, and the same is, hereby DISMISSED with prejudice to the rights of all parties and with each party absorbing its own costs, expenses, and attorney's fees.

SIGNED this the 27th day of December 2007.

_____
UNITED STATES DISTRICT JUDGE